# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0834

VERSUS

DENNIS LEE WEST                                     **OCTOBER 11, 2022**

---

In Re:   Dennis Lee West, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 04-07-0230.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** See La. Code Crim. P. art. 930.8(A). See
also **State v. Crosby,** 338 So.2d 584 (La. 1976) (A plea of guilty
normally waives all non-jurisdictional defects in the
proceedings prior to the plea.)

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
     FOR THE COURT